## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DUANE E. NORAGON, and** | ) | |
| **BONNIE A. NORAGON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **4:06CV3189** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion to stay all proceedings (Filing No. 6). The defendant seeks a stay of proceedings pending a transfer decision by the judicial panel on multidistrict litigation to the case captioned *In re VIOXX Mktg., Sales Practices & Prods. Liab. Litig.,* (MDL-1657, E.D. La.). The defendant represents the plaintiffs have no objection to the extension. Upon consideration,

**IT IS ORDERED:**

1. The defendant's motion to stay (Filing No. 6) is granted as set forth below.

2. All proceedings in this matter are stayed. The parties shall file a status report **on October 1, 2006**, unless the case is transferred to the Multi-District Litigation Docket.

DATED this 17th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge